ferring to the existence of certain material facts in the manner complained of by the plaintiff in error, concludes with the language: "If you do not so believe, or if you have a reasonable doubt as to his guilt, you will find him not guilty." In view of that language in the charge, and in view of the ample sufficiency of the evidence to which the charge applies to sustain the verdict, if not to conclusively establish the matters of fact in question, we are not convinced that the jury was misled by the charge as a whole.

Rehearing denied.

TERRELL, C. J., AND WHITFIELD, STRUM, BROWN AND BUFORD, J. J., concur.

DOZIER WILDER, *Plaintiff in Error*, v. STATE OF FLORIDA, *Defendant in Error*.

Division B.

Decision filed December 10, 1928.

*Harry G. Sabine*, for Plaintiff in Error;

*Fred H. Davis*, Attorney General, and *Roy Campbell*, Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel

for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

DOZIER WILDER, *Plaintiff in Error*, v. STATE OF FLORIDA, *Defendant in Error*. .0416.

Division B.

Decision filed December 10, 1928.

*Harry G. Sabine,* for Plaintiff in Error;

*Fred H. Davis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby affirmed.

WHITFIEID, P. J., AND TERRELL AND BUFORD, J. J., concur.